JAMES M. SEYMOUR, JR., respondent,

*v.*

REBECCA GOODWIN, exccutrix, et al., appellants.

(Two cases.)

[Argued June 22d, 1905. Decided March 5th, 1906.]

On appeal from an order advised by Vice-Chancellor Emery, whose opinion is reported in *68 N. J. Eq. 189.*

*Messrs. Cortlandt* and *Wayne Parker,* for the appellants.

*Mr. Louis A. Ziegler* and *Mr. James E. Howell,* for the respondent.

PER CURIAM.

The order brought up for review by these appeals is affirmed, for the reasons set forth in the opinion filed in the court of chancery by Vice-Chancellor Emery.

*For affirmance*—THE CHIEF-JUSTICE, FORT, GARRETSON, PITNEY, BOGERT, VREDENBURGH, VROOM, GREEN—8.

*For reversal*—DIXON, GARRISON, SWAYZE—3.